United States District Court
District of New Jersey

**LETTER-ORDER**

November 22, 2011

Anthony J. Mahajan, AUSA
Office of the U.S. Attorney
970 Broad Street
Newark, NJ 07102

Osvaldo Gonzalez, Esq.
110 Wall Street, 11th Floor
New York, NY 10005

      Re:   **USA v. Dionicio Rafael Cruz Valerio**
             **Criminal No.: 09-476 (JLL)**

Counsel:

      The court is in receipt of A.U.S.A, Anthony J. Mahajan's letter objecting to defense counsel's request that Mr. Mahajan be recused from participating at the hearing pertaining to his request to withdraw his plea of guilty.

      Although the Court generally agrees with Mr. Mahajan pertaining to his recusal request, in that any need for his testimony is limited at best in an exercise of caution, Mr. Mahajan is hereby recused by the court and is to be in court and ready to testify, if necessary, at the hearing set for January 19, 2012 at 1:00 p.m.

      **SO ORDERED**

José L. Linares, U.S.D.J.