NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIONICIO RAFAEL CRUZ VALERIO,<br><br>Defendant. | Criminal Action No.: 09-476 (JLL)<br><br>ORDER |

**LINARES**, District Judge.

This matter comes before the Court by way of a motion to withdraw a guilty plea pursuant to Fed. R. Crim. P 11(d)(2) by Defendant Dionicio Rafael Cruz-Valerio (hereafter "Defendant") (CM/ECF No. 29). Based on the reasons set forth in the Court's accompanying Opinion,

IT IS on this 2nd day of March, 2012,

**ORDERED** that Defendant's motion to withdraw a plea of guilty is DENIED.

**SO ORDERED.**

Jose L. Linares
United States District Judge